IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANIEL W. PHOENIX,

    Plaintiff,

v.                                                  Civil Action No. 3:24cv625

CHADWICK DOTSON, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 7, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) Plaintiff assured the Court that he would have a family member pay the filing fee. (ECF No. 2 ¶ 2.) Accordingly, the October 7, 2024 Memorandum Order directed Plaintiff to ensure that a family member paid the $405.00 filing fee within thirty-five (35) days of the date of entry thereof. (ECF No. 2 ¶ 2.)

More than thirty-five (35) days have elapsed since the entry of the October 7, 2024 Memorandum Order. Neither Plaintiff nor any family member has paid the filing fee. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 11/01/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge